PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jose Dominquez                                Cr.: 07-449-001
                                                                PACTS #: 48933

Name of Sentencing Judicial Officer: The Honorable William H. Walls United States District Court Judge

Date of Original Sentence: 03/17/2008

Original Offense: Conspiracy to Import Cocaine

Original Sentence: 37 months imprisonment, 48 months supervised release

Type of Supervision: Supervised Release                Date Supervision Commenced: 02/04/2010

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | On February 15, 2010 (C-01318575) and again on March 25, 2010 (B-01522427), the offender submitted urine samples which tested positive for marijuana. |

U.S. Probation Officer Action:

Immediately upon his release, the offender was referred for drug treatment and random drug testing through code-a-phone. On February 15, and March 25, 2010, he tested positive for marijuana. Since that time, Dominquez has been compliant with all treatment directives and all aspects of his supervised release obligations. As such, we ask that no action be taken at this time. We will continue to monitor Dominquez for drug use. The offender understands that continued drug use will result in a formal proceeding before the Court, by way of a 12C Violation of Supervised Release Petition.

The Court's endorsement of this petition will also serve as an official written reprimand to the offender.

Respectfully submitted,

By: Norma de Armas
Senior U.S. Probation Officer

Date: 08/03/10

*No Response is necessary unless the court directs that additional action be taken as follows:*
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Official Reprimand by the Court

Signature of Judicial Officer